**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| BARBARA B. VIRANY, | : | No. 378 WAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LESLIE R. VIRANY, | : | |
| | : | |
| Petitioner | : | |

**ORDER**


**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.